

| Home | About OFR | Apply for a License | Verify a License | File a Complaint | News | Research Resources |

# License Search Results Detail

| | |
|---|---|
| **License Name:** | CREDIT COUNSEL, INC. |
| **DBA Name:** | |
| **License Type:** | Consumer Collection Agency |
| **Status:** | Approved |
| **Status Effective Date:** | 11/15/2017 |
| **Original Date of License:** | 3/4/2011 |
| **License Number:** | CCA9902232 |
| **License Expiration Date:** | 12/31/2018 |

**License Main Address:**

| | |
|---|---|
| **Street:** | 1400 NE MIAMI GARDENS DR SUITE 216 |
| **City:** | NORTH MIAMI BEACH |
| **State:** | FL |
| **Zip Code:** | 33179 |

**License Mailing Address:**

| | |
|---|---|
| **Street:** | 1400 NE MIAMI GARDENS DR SUITE 216 |
| **City:** | NORTH MIAMI BEACH |
| **State:** | FL |
| **Zip Code:** | 33179 |

**Phone Number:**

[Search for Final Orders](#)

[ New Search ]   [ Return to Search Results ]

---

Accessibility           Contact Us           Site Map
                      (850) 487-9687

## EXHIBIT A