

Logout

## Dispute Status

Experian credit report prepared for
**PRUITT, TAKIYA**

Your report number is
**REDACTED**

Report date: **December 14, 2017**

**Credit Report Toolkit:**
Credit Education
Know your rights

Listed below are the current disputes we have received from you.

**Results Due:** 01/05/2018
**Delivery Method:** U.S. Mail

**Credit Items**

**CREDIT COUNSEL INC**
**Account Number:** REDACTED ..    **Outcome:** Remains

***Please note that certain items may not display until later because they required additional processing.***

©Experian 2017. All rights reserved.
Experian and the marks used herein are service marks or registered trademarks of Experian.
Other product and company names mentioned herein may be the trademarks of their respective owners.

## EXHIBIT B