12/21/2017 Case 1:18-cv-20405-KMM Document 1-5 Experian - Access your Credit Report Entered on FLSD Docket 01/31/2018 Page 1 of 1

TAKIYA PRUITT | Report number 0589-2444-29 | December 21, 2017 | Print | Close window

**REDACTED**

| | | | | |
|---|---|---|---|---|
| **Account name** | **Account number** | **Recent balance** | **Date opened** | **Status** |
| CREDIT COUNSEL INC | C100P15PCC0350463 | $1,399 as of 11/30/2017 | 09/2015 | **Collection account. $1,399 past due as of Nov 2017.** |
| 1400 NE MIAMI GARDENS DR STE 216 NORTH MIAMI BEACH, FL 33179 305 940 9020 | **Type** Collection | **Credit limit or original amount** $1,399 | **Date of status** 12/2015 | **Reinvestigation information** This item was updated from our processing of your dispute in Dec 2017. |
| **Address identification number** 0418106189 | **Terms** NA | **High balance** $0 | **First reported** 12/2015 | |
| **Original creditor** PREMIERE CENTER FOR COSMETIC S | **On record until** Sep 2021 | **Monthly payment** $0 | **Responsibility** Individual | |
| | | **Recent payment amount** $0 | | |

**Account history**

| 2017 Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2016 Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | 2015 Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C | C | ND | ND | C | C | C | C | C | C | ND | C | C | ND | C | C | C | C | C | C | C | ND | C | C |

**EXHIBIT C**