# CREDIT COUNSEL, INC.

1400 N.E. Miami Gardens Dr. #216, Miami, FL 33179

Phone: 305-940-9020   ·   Fax: 305-940-9414

12/12/17
236202

PRUITT, TAKIYA
REDACTED

Creditor: PREMIERE CENTER FOR COSMETIC SURGERY
Account No.: REDACTED

Past Due Balance:   2,168.50

We have been notified by Experian that you have challenged the files assigned by CCI. We have confirmed with Experian that it is a valid claim and it will remain on your credit report.

If you wish to discuss a resolution to the matter, including potentially removing it from your credit report, feel free to contact the representative listed below.

Contact: BOB MILLS
Tel: 305-940-2640

Make check or money order payable to:

Credit Counsel, Inc.
1400 NE Miami Gardens Dr, #216
Miami, FL 33179

008

Credit Counsel, Inc. is a debt collector and this is an attempt to collect a debt and any information from you will be used for the purpose of collecting this debt.

**EXHIBIT D**