# Exhibit 4

# Account Status Codes

Enter the Account Status Code (Field 17A) which best describes whether the account is current or past due as of the Billing Date (Field 24). If you have a status that is not described here, please contact your consumer reporting agencies.

<u>Code</u>   <u>Description</u>

05*   Account transferred to another office.
11    Current account.
      For Installment and Mortgage loans, the account should be current and have a non-zero Balance Amount. For Credit Line, Open, and Revolving portfolio types, the account should be current and available for use. If the account is closed, but there is a balance due, Special Comment Code M or Compliance Condition Code XA should also be reported to indicate the account is no longer available for use.
13*   Paid or closed account/zero balance.
      For Installment and Mortgage loans, the account should be paid with a zero Balance Amount. For Credit Line, Open, and Revolving portfolio types, the account should no longer be available for use, and the Balance Amount should be zero. A Special Comment Code M or Compliance Condition Code XA should also be reported to indicate the account is closed.
61    Account paid in full, was a voluntary surrender.
62    Account paid in full, was a collection account.
63    Account paid in full, was a repossession.
64    Account paid in full, was a charge-off.
65*   Account paid in full. A foreclosure was started.
71    Account 30 days past the due date.
78    Account 60 days past the due date.
80    Account 90 days past the due date.
82    Account 120 days past the due date.
83    Account 150 days past the due date.
84    Account 180 days or more past the due date.
88*   Claim filed with government for insured portion of balance on a defaulted loan.
89*   Deed received in lieu of foreclosure on a defaulted mortgage.
93    Account assigned to internal or external collections.
94*   Foreclosure/credit grantor sold collateral to settle defaulted mortgage.
95*   Voluntary surrender.
      **Note: Do not report Status Code 95 for early termination of leases. Refer to the Leasing category within Exhibit 6 for applicable Special Comments.**
96    Merchandise was repossessed by credit grantor; there may be a balance due.
97    Unpaid balance reported as a loss by credit grantor (charge-off).
DA    Deletes entire account.
      **Note: In order to maintain the integrity of credit information, it is important that data furnishers not ask for a subsequent deletion of account history unless an actual error was reported. Paid derogatory accounts, such as collections, should be reported as paid; they should not be deleted.**

* Field 17B (Payment Rating) is also required when reporting these Account Status Codes.

