UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TAKIYA PRUITT,

    Plaintiff,

v.

CREDIT COUNSEL, INC.

    Defendant.
_____/

Case Number: 1:18-cv-20405-KMM

**PLAINTIFF'S NOTICE OF SETTLEMENT PENDING**

Plaintiff, TAKIYA PRUITT, hereby notifies this Court that the Parties have reached a verbal settlement of this case. As a result, upon execution of terms he Plaintiff will file the necessary document to dismiss this matter with prejudice.

Dated March 2, 2018,

/s/ Thomas Bonan
Thomas Bonan
Florida Bar # 118103
Seraph Legal, P.A.
2002 E. 5th Avenue, Suite 104
Tampa, FL 33605
(813) 567-1230
tbonan@seraphlegal.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day via U.S. Mail or email on Defendant's Registered Agent, Christopher Mihouldes.

/s/ Thomas Bonan
Thomas Bonan